JAMES R. TENERO      (SBN 201023)
MATTHEW K. TELFORD   (SBN 310125)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone    :    415.979.0400
Facsimile    :    415.979.2099
Email        :    jtenero@selmanlaw.com
                  mtelford@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone    :    310.445.0822
Facsimile    :    310.473.2525
Email        :    sleichenger@selmanlaw.com

Attorneys for Defendant
Everest National Insurance Company

CRAIG FARMER        (SBN 61068)
DAWN D. CURTIS      (SBN 227076)
FARMER SMITH & LANE, LLP
3620 American River Drive, Suite 218
Sacramento, CA 95864
Telephone    :    916.679.6565
Facsimile    :    916. 679.6575

Attorneys for Plaintiff
County of Sacramento

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>    Plaintiff,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:19-CV-00263-MCL-DB<br><br>STIPULATION AND ORDER MODIFYING CASE SCHEDULE<br><br>Action Filed:   02/11/2019<br>Hon. Judge Morrison C. England<br>Courtroom 7, 14th Floor |

1

## STIPULATION AND ORDER MODIFYING CASE SCHEDULE

Whereas, the parties in the above action are engaging in discovery of merits issues;

Whereas, Plaintiff's original counsel, Gregory P. O'Dea, has left the firm of Longyear, O'Dea & Lavra, LLP, and the firm of Longyear & Lavra, LLP is unable to handle the action of County of Sacramento.

Whereas, County of Sacramento has arranged for substitution of its counsel, substituting Farmer, Smith & Lane, LLP, resulting in the need for new Plaintiff's counsel to become familiar with the facts and circumstances of the action and in order to respond to discovery and prepare for trial;

Whereas, the parties agree that an extension of the deadlines in the Court's Initial Scheduling Order is necessary and appropriate to permit completion of appropriate discovery prior to the disclosure of expert witnesses, dispositive motions and pretrial proceedings;

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1. The current deadlines in the Scheduling Order dated February 11, 2019, shall be extended as follows:

Discovery to and including April 1, 2020;

Disclosure of expert witnesses and reports on or before May 29, 2020;

Completion of Expert Discovery on or before July 24, 2020; and

Filing of Dispositive Motions on or before September 25, 2020.

Except as modified, the prior Scheduling Order remain unchanged.

DATED: December 13, 2019   SELMAN BREITMAN LLP

By: */s/James R. Tenero*
JAMES R. TENERO
Attorneys for Defendant
Everest National Insurance Company

///
///

DATED: December 13, 2019　　SELMAN BREITMAN LLP

By: */s/Craig E. Farmer*
　　Craig E. Farmer
　　Attorneys for Plaintiff
　　County of Sacramento

### SIGNATURE ATTESTATION

I, James R. Tenero, am the ECF user whose identification and password are being used to file this Stipulation extending time to respond to written discovery. In compliance with Local Rules, I hereby attest that the party signatories hereto concur in this filing.

*/s/James R. Tenero*
JAMES R. TENERO

### ORDER

Pursuant to Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the current deadlines in the Scheduling Order dated February 11, 2019, shall be extended as stated above.

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE