JAMES R. TENERO (SBN 201023)
MATTHEW K. TELFORD (SBN 310125)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone    :    415.979.0400
Facsimile    :    415.979.2099
Email        :    jtenero@selmanlaw.com
                  mtelford@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone    :    310.445.0822
Facsimile    :    310.473.2525
Email        :    sleichenger@selmanlaw.com

Attorneys for Defendant
Everest National Insurance Company

CRAIG FARMER         (SBN 61068)
DAWN D. CURTIS       (SBN 227076)
FARMER CURTIS LLP
3620 American River Drive, Suite 218
Sacramento, CA 95864
Telephone    :    916.679.6565
Facsimile    :    916. 679.6575

Attorneys for Plaintiff
County of Sacramento

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>    Plaintiff,<br><br>    v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:19-CV-00263-MCE-DB<br><br>STIPULATION AND ORDER MODIFYING CASE SCHEDULE<br><br>Action Filed:    02/11/2019<br>Hon. Judge Morrison C. England<br>Courtroom 7, 14th Floor |

## **STIPULATION AND ORDER MODIFYING CASE SCHEDULE**

Whereas, the parties in the above action are engaging in discovery of merits issues;

1

Whereas, Plaintiff's counsel Farmer, Smith & Lane, LLP, was substituted in as Plaintiff's attorney of record on January 6, 2020, resulting in the need for new Plaintiff's counsel to become familiar with the facts and circumstances of the action in order to respond to discovery and prepare for trial;

Whereas, the parties previously agreed that an extension of the deadlines in the Court's Initial Scheduling Order was necessary and appropriate to permit completion of appropriate discovery prior to the disclosure of expert witnesses, dispositive motions and pretrial proceedings, which Order was signed by the Court on January 6, 2020;

Whereas, the parties agree that an additional 90 day extension of the deadlines in the Court's January 6, 2020 amended scheduling Order is necessary and appropriate to permit completion of appropriate discovery, including any potential motions related thereto, prior to the disclosure of expert witnesses, dispositive motions and pretrial proceedings;

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that:

1. The current deadlines in the amended scheduling Order dated January 6, 2020, shall be extended as follows:

Discovery to and including July 1, 2020;

Disclosure of expert witnesses and reports on or before August 31, 2020;

Completion of Expert Discovery on or before October 26, 2020; and

Filing of Dispositive Motions on or before December 18, 2020.

Except as modified, the Court's Initial Scheduling Order remains unchanged.

DATED: February 13, 2020     SELMAN BREITMAN LLP


By: */s/James R. Tenero*
JAMES R. TENERO
Attorneys for Defendant
Everest National Insurance Company

/ / /

/ / /

3062 45344 4850-3594-3860 .v2

DATED: February 13, 2020   FARMER CURTIS LLP

By: */s/Craig E. Farmer*
CRAIG E. FARMER
Attorneys for Plaintiff
County of Sacramento

**SIGNATURE ATTESTATION**

I, James R. Tenero, am the ECF user whose identification and password are being used to file this Stipulation extending time to respond to written discovery. In compliance with Local Rules, I hereby attest that the party signatories hereto concur in this filing.

*/s/James R. Tenero*
JAMES R. TENERO

**ORDER**

Pursuant to Stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: February 14, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE