JAMES R. TENERO (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone    :    415.979.0400
Facsimile    :    415.979.2099
Email        :    jtenero@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone    :    310.445.0822
Facsimile    :    310.473.2525
Email        :    sleichenger@selmanlaw.com

Attorneys for Defendant
Everest National Insurance Company

CRAIG FARMER        (SBN 61068)
DAWN D. CURTIS      (SBN 227076)
FARMER CURTIS LLP
3620 American River Drive, Suite 218
Sacramento, CA 95864
Telephone    :    916.679.6565
Facsimile    :    916. 679.6575
Email        :    cfarmer@farmercurtislaw.com
             :    dcurtis@farmercurtislaw.com

Attorneys for Plaintiff
County of Sacramento

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>            Plaintiff,<br><br>     v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>            Defendant. | Case No. 2:19-CV-00263-MCE-DB<br><br>STIPULATION AND ORDER TO FURTHER MODIFY CASE SCHEDULE |

1

**STIPULATION AND ORDER**
**MODIFYING CASE SCHEDULE**

Whereas, this is the third request for an extension of time.

Whereas, the first request for an extension of time under the Court's Scheduling Order was necessitated by Plaintiff's substitution of new counsel, Farmer Curtis LLP, on or about January 6, 2020. Understandably, Farmer Curtis required additional time to become familiar with the facts and circumstances of the action in order to prepare and respond to discovery, etc. That request for an extension of time was signed by the Court on January 6, 2020 and provided a 90 day extension. (Dkt. 15.) Under this Court Order, fact discovery closed on April 1, 2020.

Whereas, the second request for an extension of the Court's Scheduling Order was necessary to allow the parties more time to complete written discovery, including potential motions related thereto, and before taking depositions, the disclosure of expert witnesses, the filing of dispositive motions and pretrial proceedings. That request for an extension of time was signed by the Court on February 14, 2020 and provided a 90 day extension. (Dkt. 19.) Under this current Court Order, fact discovery closes on July 1, 2020.

Although written discovery is almost completed, the taking of depositions has been delayed due to the circumstances and limitations surrounding COVID-19, California's Shelter In-Place Order and local county-specific orders. Therefore, the parties agree that an additional 90 day extension of the deadlines identified in the Court's February 14, 2020 Amended Scheduling Order is necessary in order to take depositions, to complete appropriate discovery (if any remains), including any potential motions related thereto, dispositive motions and pretrial proceedings. Given that there is no trial date in this matter and neither the Court nor any party in the instant action shall be prejudiced or otherwise harmed by a further 90 day continuance.

IT IS HEREBY STIPULATED by the parties and their respective counsel that the deadlines in the Amended Scheduling Order dated February 14, 2020, shall be extended as follows:

/ / /

/ / /

Discovery to and including September 29, 2020;

Selman Breitman LLP
ATTORNEYS AT LAW

Disclosure of expert witnesses and reports on or before December 1, 2020;

Completion of Expert Discovery on or before January 28, 2021; and

Filing of Dispositive Motions on or before March 18, 2021.

Except as modified, the Court's Initial Scheduling Order remains unchanged.

DATED: June 3, 2020　　　　SELMAN BREITMAN LLP

By: */s/James R. Tenero*
　　JAMES R. TENERO
　　Attorneys for Defendant
　　Everest National Insurance Company

DATED: June 3, 2020　　　　FARMER CURTIS LLP

By: */s/Dawn D. Curtis*
　　DAWN D. CURTIS
　　Attorneys for Plaintiff
　　County of Sacramento

## **SIGNATURE ATTESTATION**

I, James R. Tenero, am the ECF user whose identification and password are being used to file this Stipulation extending time to respond to written discovery.  In compliance with Local Rules, I hereby attest that the party signatories hereto concur in this filing.

　　　　　　　　　　　　　　*/s/James R. Tenero*
　　　　　　　　　　　　　　JAMES R. TENERO

/ / /

/ / /

/ / /

/ / /

**ORDER**

Pursuant to Stipulation, and good cause appearing, the Amended Scheduling Order dated February 14, 2020, shall be extended as follows:

Discovery to and including September 29, 2020;

Disclosure of expert witnesses and reports on or before December 1, 2020;

Completion of Expert Discovery on or before January 28, 2021; and

Filing of Dispositive Motions on or before March 18, 2021.

Except as modified, the Court's Initial Scheduling Order remains unchanged.

IT IS SO ORDERED.

Dated: June 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE