1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COUNTY OF SACRAMENTO,                    No.  2:19-cv-0263 MCE DB

12              Plaintiff,

13        v.                                  ORDER

14   EVEREST NATIONAL INSURANCE
     COMPANY,
15

16              Defendant.

17

18        On July 22, 2020, plaintiff filed a motion to compel and noticed the motion for hearing

19   before the undersigned on September 4, 2020 pursuant to Local Rule 302(c)(1).  (ECF No. 25.)

20   On August 28, 2020, the parties filed a Joint Statement re Discovery Disagreement pursuant to

21   Local Rule 251.  (ECF No. 26.)

22        The undersigned's Standard Information re discovery disputes set forth on the court's web

23   page explains that parties must meet and confer prior to filing a discovery motion and "must

24   again confer in person or via telephone or video conferencing" prior to the filing of the joint

25   statement.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-

26   magistrate-judge-deborah-barnes-db.  Here, the Joint Statement reflects only that the parties met

27   and conferred prior to filing the motion to compel.  The Joint Statement does not reflect that the

28   ////

1

1   parties again met and conferred after the motion to compel was filed but prior to the filing of the

2   Joint Statement.  (JS (ECF No. 26) at 3.)

3          Moreover, the undersigned's Standard Information also explains that joint statements filed

4   before the undersigned shall not exceed twenty-five pages, excluding exhibits.[1]  See

5   http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-

6   judge-deborah-barnes-db.  Here, the parties' joint statement exceeds the undersigned's twenty-

7   five-page limit.

8          Accordingly, plaintiff's motion to compel will be denied without prejudice to renewal.  In

9   this regard, the parties may engage in further meet and confer, in compliance with the Local

10  Rules and the undersigned's Standard Information.  If, after further meeting and conferring a

11  dispute remains, plaintiff may file a motion to compel and the parties may file a Joint Statement,

12  again ensuring compliance with the Local Rules and the undersigned's Standard Information.

13         Accordingly, IT IS HEREBY ORDERED that:

14         1.  Plaintiff's July 22, 2020 motion to compel (ECF No. 25) is denied without prejudice to

15  renewal; and

16         2.  The September 4, 2020 hearing is vacated.

17  Dated:  August 31, 2020

18

19                                                    _____

20                                                    DEBORAH BARNES
                                                      UNITED STATES MAGISTRATE JUDGE

21

22

23

24  DLB:6
    DB/orders/orders.civil/sacramento0263.m&c.ord

25

26

27  _____

28  [1] The parties are advised that title pages, tables of contents, tables of citations, etc., all count
    toward the twenty-five-page limit.

                                        2