UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO, | No. 2:19-cv-0263 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Defendant. | |

On September 4, 2020, plaintiff filed a motion to compel further responses and production, noticed for hearing before the undersigned on September 25, 2020 pursuant to Local Rule 302(c)(1), along with the parties' Joint Statement re Discovery Disagreement pursuant to Local Rule 251.  (ECF No. 31.)

However, except for depositions, discovery in this action must be completed by September 29, 2020.[1]  (ECF No. 35.) As explained in the scheduling order issued by the assigned District Judge on February 11, 2019, "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall

---

[1] The assigned District Judge recently approved the parties' stipulation for a fourth extension of time related to discovery in this action. (ECF No. 35.) The parties explicitly elected to not seek an extension of the deadline for written discovery. (Id. at 2.)

1

have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." (ECF No. 3 at 2.)  In this regard, there is not sufficient time remaining prior to the close of discovery to address the parties' discovery dispute, issue an order, and allow time for defendant to comply with that order.[2]

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's September 4, 2020 motion to compel (ECF No. 31) is denied without prejudice to renewal; and

2.  The September 25, 2020 hearing is vacated.

Dated:  September 22, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/sacramento0263.disc.unt.ord

---

[2] In general, the undersigned would consider ordering a producing party to produce responsive documents within 14 to 28 days of the date of the order, depending on the circumstances. Moreover, in the parties' Joint Statement defendant argues that review of plaintiff's requests would require 5,918 hours, or 147 weeks while working 40 hours per week.  (JS (ECF No. 31-1) at 19.)

2