JAMES R. TENERO (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone : 415.979.0400
Facsimile : 415.979.2099
Email : jtenero@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone : 310.445.0822
Facsimile : 310.473.2525
Email : sleichenger@selmanlaw.com

Attorneys for Defendant
EVEREST NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-CV-00263-MCE-DB<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Action Filed: 02/11/2019 |

Defendant, Everest National Insurance Company ("Everest National"), through its counsel of record, James R. Tenero of Selman Breitman LLP, moved this Court for an order sealing documents containing attorney-client privilege and/or attorney work-product information which document is the Declaration of Patrick Stetz in Support of Everest National's Opposition to Plaintiff's Ex-Parte Application to Further Modify Scheduling Order which was filed with the Court on September 29, 2020 as **Document 38-1**. The Request to Seal the Stetz Declaration is made on the grounds that the document to be sealed contains attorney-client privilege and/or attorney work-product which is subject to the Stipulation and Protective Order entered by the Court

///

on February 24, 2020. In addition, the documents are subject to Federal Rules of Evidence 502 and should not be available on the public record.

This request is narrowly tailored to seal only that material for which good cause to seal has been established.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The documents subject to the request to seal, comprising 48 pages, are hereby ordered sealed permanently. Electronic access to the sealed documents shall be limited to the counsel for County of Sacramento and counsel for Everest National, in addition to the court and authorized court personnel.

IT IS SO ORDERED.

Dated: October 6, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE