JAMES R. TENERO        (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone    :        415.979.0400
Facsimile    :        415.979.2099
Email        :        jtenero@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone    :        310.445.0822
Facsimile    :        310.473.2525
Email        :        sleichenger@selmanlaw.com

Attorneys for Defendant
Everest National Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT – SACRAMENTO DIVISION

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>           Plaintiff,<br><br>      v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>           Defendant. | Case No. 2:19-cv-00263-MCE-DB<br><br>EVEREST NATIONAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT<br><br>Date    :    04/08/2021<br>Time    :    2:00 p.m.<br>Ctrm.   :    7<br>Judge   :    Hon. Morrison C. England, Jr.<br>Trial   :    None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 8, 2021 at 2:00 p.m., or as soon thereafter as the

matter may be heard, before the Honorable Morrison C. England, Jr., in the United States District

Court, Eastern District of California, Courtroom 7, 14th floor, Defendant Everest National

Insurance Company ("Everest National") will and hereby does move pursuant to Rule 56 of the

Federal Rules of Civil Procedure, the Eastern District of California Local Rules, L. R. 260, and

1

*Selman Breitman LLP*
ATTORNEYS AT LAW

3062 45344 4851-4838-8319 .v1

Selman Breitman LLP
ATTORNEYS AT LAW

1   the Honorable Judge Morrison C. England, Jr.'s standard procedures, for an order granting

2   Everest National summary judgment on Plaintiff's entire complaint, including, Count One for

3   breach of contract, Count Two for breach of the implied covenant of good faith and fair dealing,

4   and Count Three for declaratory relief as asserted in the Complaint.  Everest National is entitled

5   to judgment with respect to Plaintiff's counts, as a matter of law, because:

6        (1)     In the underlying *Hagadorn* action, Sacramento County was found liable for

7   retaliating against four employees in violation of FEHA, Government Code, section 12940(h).

8   Sacramento County settled those judgments.  By this action, Sacramento County seeks indemnity

9   for the settlement monies expended.  However, Everest National cannot indemnify Sacramento

10   County for the underlying judgments or the settlements thereon because Insurance Code, section

11   533 bars indemnity for loss caused by the wilful act of the insured.  Under controlling California

12   law and the circumstances presented, retaliation in violation of Government Code, section

13   12940(h) may only be accomplished by the wilful act of the insured.  Therefore, Insurance Code,

14   section 533 bars indemnity for the underlying judgments and/or settlements of those judgments.

15        Alternatively, Everest National moves for partial summary judgment with respect to

16   Plaintiff's Count Two for breach of the implied covenant of good faith and fair dealing based on

17   the genuine dispute doctrine.  Under California law, "the mistaken [or erroneous] withholding of

18   policy benefits, if reasonable or if based on a legitimate dispute as to the insurer's liability under

19   California law, does not expose the insurer to bad faith liability."  Chateau Chamberay

20   Homeowners Ass'n v. Associated Intern. Ins. Co., 90 Cal.App.4th 335, 346 (2001).  Because

21   Insurance Code, section 533 bars indemnity (as applied by the California Court of Appeals and

22   the United States District Court for the Eastern District of California), as a matter of law, Everest

23   National's withholding of indemnity cannot be unreasonable (i.e., within bad faith).

24   / / /

25   / / /

26   / / /

27

28

2

EVEREST NATIONAL'S NOTICE OF MOTION AND MOTION FOR SUMMARY
JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
- Case No. 2:19-cv-00263-MCE-DB

1      This motion is made pursuant to the Federal Rules of Civil Procedure, Rule 56, the

2  Eastern District of California Local Rules, L. R. 260, and the Honorable Judge Morrison C.

3  England, Jr.'s standard procedures and is based on this Notice of Motion and Motion; the

4  Memorandum of Points and Authorities in Support of Everest National's Motion for Summary

5  Judgment, or Alternatively, Partial Summary Judgment; the Affidavit of James R. Tenero and the

6  exhibits thereto (as collated in the Index of Exhibits); the Affidavit of Dennis Gildea and the

7  exhibits thereto (as collated in the Index of Exhibits); the Request for Judicial Notice and the

8  exhibits thereto (as collated in the Index of Exhibits); the Statement of Undisputed Facts; on all

9  pleadings and papers filed in this matter; and on such further arguments as may be presented at

10  the hearing on this motion.

12  DATED:  March 11, 2021                    SELMAN BREITMAN LLP

15                                            By: /s/James R. Tenero
                                                  JAMES R. TENERO
16                                                SHERYL W. LEICHENGER
                                                  Attorneys for Defendant
17                                                Everest National Insurance Company

EVEREST NATIONAL'S NOTICE OF MOTION AND MOTION FOR SUMMARY
JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT
- Case No. 2:19-cv-00263-MCE-DB

Selman Breitman LLP
ATTORNEYS AT LAW

3062 45344 4851-4838-8319 .v1