Craig E. Farmer (SBN 61086)
(cfarmer@farmercurtislaw.com)
Dawn D. Curtis (SBN 227076)
(dcurtis@farmercurtislaw.com)
**FARMER CURTIS, LLP**
3445 American River Drive, Suite C
Sacramento, CA  95864
Telephone: (916) 679-6565; Fax: (916) 679-6575

Attorneys for Plaintiff,
COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>    Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:19-cv-00263-MCE-DB<br><br>**COUNTY OF SACRAMENTO'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 8, 2021<br>Time: 2:00 p.m.<br>Location: Courtroom 7, 14th Floor<br><br>Action Filed:  2/11/19<br>**Hon. Judge Morrison C. England, Jr.** |

**TO DEFENDANT AND ITS ATTORNEY OF RECORD:**

    **PLEASE TAKE NOTICE** that on April 8, 2021, or as soon thereafter as the matter may be heard before the Honorable Morrison C. England, Jr. in Courtroom 7 of the above entitled court, located at 501 8th Street, Sacramento, CA 95814, Plaintiff County of Sacramento ("County") will and hereby does move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 260, for partial summary judgment in favor of the County and against Defendant Everest National Insurance Company ("Everest") on the first and third causes of action in the operative complaint in this action ("Complaint") on the basis that no triable issue of material fact exists as to those causes of action and that the County is entitled to judgment as a matter of law as follows:

1. <u>On the County's First Cause of Action for Breach of Contract:</u>

   a. Everest has a duty to indemnify the County for sums incurred and paid to defend and settle the lawsuit filed by Annica Hagadorn, Dawn Douglas, Tracy Keillor, and Jody Mendonca ("Hagadorn Plaintiffs") in Sacramento Superior Court, Case No. 34-2010-00091514 ("Employee Action") under the retaliation coverage grant in the Employment Practices Liability insuring agreement of the public entity excess liability insurance policy, Policy No. 71P2000030-081, effective July 1, 2008 - July 1, 2009 ("Policy") purchased by the County from Everest. The County paid $8,152,407.85 to settle and defend the Employee Action, far in excess of the retained limit. Yet, Everest refused and failed to indemnify the County and denied all coverage to the County despite the Policy providing for employment practices liability coverage, including express coverage for employment retaliation. Everest based its denial on untenable positions that are contrary to the reasonable expectations of policyholders and would render the retaliation coverage grant illusory and meaningless.

   b. The County is entitled to a judgment on this cause of action for $6,152,407.85, the "ultimate net loss" of $8,152,407.85 less a single retained limit of $2,000,000, plus interest on the contract amounts owing at a rate of 10% per annum from April 21, 2017.

2. <u>On the Third Cause of Action for Declaratory Relief:</u>

   a. Everest has a duty to indemnify the County for sums incurred and paid to defend and settle the Employee Action under the retaliation coverage grant in the Employment Practices Liability insuring agreement of the Policy.

   b. The County is entitled to a declaration that Everest had a duty to indemnify the County for sums incurred and paid to defend and settle the Employee Action under the retaliation coverage grant in the Employment Practices Liability insuring agreement of the Policy.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the County's Statement of Undisputed Facts, the County's Request for Judicial Notice, the Declarations of Dawn D. Curtis, Randy Rendig, and Paul Hight, the

County's Index of Exhibits, and [Proposed] Order, as well as the pleadings and papers on file in this action and on such other and further matters and argument as may be presented prior to and at the hearing on this motion.

Respectfully submitted,

FARMER CURTIS LLP

Date:  March 11, 2021        By:   */s/ Dawn D. Curtis*
                                         Dawn D. Curtis
                                         Craig E. Farmer
                                         Attorneys for Plaintiff