Craig E. Farmer (SBN 61086)
(cfarmer@farmercurtislaw.com)
Dawn D. Curtis (SBN 227076)
(dcurtis@farmercurtislaw.com)
**FARMER CURTIS, LLP**
3445 American River Drive, Suite C
Sacramento, CA  95864
Telephone: (916) 679-6565; Fax: (916) 679-6575

Attorneys for Plaintiff,
COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| COUNTY OF SACRAMENTO, | Case No. 2:19-cv-00263-MCE-DB |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS IN SUPPORT OF COUNTY OF SACRAMENTO'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| EVEREST NATIONAL INSURANCE COMPANY, | Date: April 8, 2021<br>Time: 2:00 p.m.<br>Location: Courtroom 7, 14th Floor |
| Defendant. | Action Filed:  2/11/19<br>**Hon. Judge Morrison C. England, Jr.** |

Plaintiff County of Sacramento ("County") moved this Court for an order pursuant to Local Rule 141 sealing documents that contain attorney-client privileged communications, attorney work product, and/or financial and confidential information of non-parties, which were submitted as **Exhibit A (A0001-A1035)** to the Request to Seal Documents in support of County's Motion for Partial Summary Judgment, filed on March 11, 2021, and is comprised of the Unredacted Declaration of Paul Hight in Support of County of Sacramento's Motion for Partial Summary Judgment and Exhibits 27, 33-40, 48, 58, 61, 63, and 64 to the Index of Exhibits in Support of County of Sacramento's Motion for Partial Summary Judgment.

The request was made on the grounds the documents are subject to the Stipulation and Protective Order entered by the Court on February 24, 2020. In addition, the documents are subject to Federal Rule of Evidence, Rule 502, and Federal Rule of Civil Procedure, Rules 26 and 5.2, and should not be available on the public record.

This request is narrowly tailored to seal only that material for which good cause to seal has been established.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The documents subject to the request to seal, comprising pages A0001-A1035, are hereby ordered sealed <u>for one year from the date of this order</u>.  Electronic access to the sealed documents shall be limited to the counsel for County of Sacramento and counsel for Everest National Insurance Company, in addition to the Court and authorized Court personnel.  The parties are free to seek extension of this seal order as the unsealing date approaches.

IT IS SO ORDERED.

Dated:  April 6, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE