JAMES R. TENERO (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone   :   415.979.0400
Facsimile    :   415.979.2099
Email          :   jtenero@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone   :   310.445.0822
Facsimile    :   310.473.2525
Email          :   sleichenger@selmanlaw.com

Attorneys for Defendant
EVEREST NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| COUNTY OF SACRAMENTO, | Case No. 2:19-CV-00263-MCE-DB |
|---|---|
| Plaintiff, | **ORDER GRANTING EVEREST NATIONAL INSURANCE COMPANY'S AMENDED REQUEST TO SEAL DOCUMENTS** |
| v. | |
| EVEREST NATIONAL INSURANCE COMPANY, | |
| Defendant. | Action Filed:   02/11/2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, Everest National Insurance Company ("Everest National"), through its counsel of record, James R. Tenero of Selman Breitman LLP, submitted to this Court an Amended Request to Seal the following documents:

(1) Exhibit 69 to the Index of Exhibits in support of its Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment;

(2) The *unredacted* version of Everest National's Points and Authorities in support of its Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment; and

1

(3)     The _unredacted_ and _corrected_ version of Everest National's Statement of Undisputed Facts in support of its Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment.

Exhibit 69 to the Index of Exhibits was filed in support of Everest National's Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment. Substantive references to that document were also included in Everest National's Points and Authorities and Statement of Undisputed Material Facts in support of the Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment. The Request to Seal Exhibit 69 to the Index of Exhibits and the substantive references to Exhibit 69 in the Points and Authorities and Statement was made on the grounds that the documents to be sealed contain confidential settlement information which is subject to the Stipulated Protective Order entered by the Court on February 24, 2020. In addition, the settlement document and discussion of the substantive content of that document is inherently confidential and should not be available on the public record.

This request is narrowly tailored to seal only that material for which there is a compelling reason to seal which has been established.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. Exhibit 69 to the Index of Exhibits filed by Everest National in support of its Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment, is hereby ordered sealed for one year from the date of this order;

2. The _unredacted_ version of Everest National's Points and Authorities in support of its Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment, is hereby ordered sealed for one year from the date of this order; and

///
///
///
///
///

3062 45344 4839-8250-2625 .v1

3. The *unredacted* version of Everest National's Statement of Undisputed Facts in support of it Motion for Summary Judgment or, alternatively, Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>.

4. Electronic access to the above sealed documents shall be limited to the counsel for County of Sacramento and counsel for Everest National, in addition to the Court and authorized court personnel.

5. The parties are free to seek extension of this seal order as the unsealing date approaches.

IT IS SO ORDERED:

Dated: April 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE