JAMES R. TENERO (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone    :    415.979.0400
Facsimile    :    415.979.2099
Email        :    jtenero@selmanlaw.com

SHERYL W. LEICHENGER (SBN 161688)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Telephone    :    310.445.0822
Facsimile    :    310.473.2525
Email        :    sleichenger@selmanlaw.com

Attorneys for Defendant
EVEREST NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-CV-00263-MCE-DB<br><br>**ORDER GRANTING EVEREST NATIONAL INSURANCE COMPANY'S REQUEST TO SEAL DOCUMENTS**<br><br>Action Filed:    02/11/2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, Everest National Insurance Company ("Everest National"), through its counsel of record, James R. Tenero of Selman Breitman LLP, submitted to this Court a Request to Seal the following documents:

(1)    Exhibit No. 23 to the Index of Exhibits filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit A);

(2)    Exhibit No. 42 to the Randy Rendig Deposition Transcript which is attached as

1

Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit B);

(3) Exhibit No. 44 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit C);

(4) Exhibit No. 45 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit D);

(5) Exhibit No. 54 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit E);

(6) Exhibit No. 55 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit F);

(7) Exhibit No. 56 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit G);

(8) Exhibit No. 58 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit H);

(9) Exhibit No. 1 to the Affidavit of Tracie Keillor filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit I);

(10) Exhibit No. 2 to the Affidavit of Tracie Keillor filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit J);

(11) Exhibit No. 3 to the Affidavit of Tracie Keillor filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, *in its entirety* (attached hereto as Exhibit K).

Exhibit No. 23 to the Index of Exhibits, Exhibit Nos. 42, 44, 45, 54, 55, 56 and 58 to the Randy Rendig Deposition Transcript, which is Exhibit No. 35 to the Index of Exhibits, and Exhibit Nos. 1, 2 and 3 to the Tracie Keillor Affidavit were all filed by Everest National in support of its Opposition to the County of Sacramento's Motion for Partial Summary Judgment. The Request to Seal Exhibit No. 23 to the Index of Exhibits was made on the grounds that the documents to be sealed contain confidential settlement information which is subject to the Stipulated Protective Order entered by the Court on February 24, 2020. The Request to Seal Exhibit Nos. 42, 44, 45, 54, 55, 56 and 58 to the Randy Rendig Deposition Transcript, which is Exhibit No. 35 to the Index of Exhibits, was made on the grounds that the documents to be sealed contain attorney-client privilege and/or confidential settlement information which is subject to the Stipulated Protective Order entered by the Court on February 24, 2020. The Request to Seal Exhibit Nos. 1, 2 and 3 to the Tracie Keillor Affidavit was made on the grounds that the documents to be sealed contain confidential tax information and were produced to Everest National on condition that they be filed under seal.

The documents which are the subject of this Request to Seal contain privileged and/or inherently confidential information and should not be available on the public record. This request is narrowly tailored to seal only that material for which there is a compelling reason to seal which has been established.

3062 45344 4815-9892-7380 .v1

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. Exhibit No. 23 to the Index of Exhibits filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

2. Exhibit No. 42 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

3. Exhibit No. 44 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

4. Exhibit No. 45 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

5. Exhibit No. 54 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

6. Exhibit No. 55 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

7. Exhibit No. 56 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is

ORDER GRANTING EVEREST NATIONAL'S REQUEST TO SEAL DOCUMENTS
CASE NO. 2:19-cv-00263-MCE-DB

3062 45344 4815-9892-7380 .v1

hereby ordered sealed <u>for one year from the date of this order</u>;

8. Exhibit No. 58 to the Randy Rendig Deposition Transcript which is attached as Exhibit No. 35 to the Index of Exhibit filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

9. Exhibit No. 1 to the Affidavit of Tracie Keillor filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

10. Exhibit No. 2 to the Affidavit of Tracie Keillor filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

11. Exhibit No. 3 to the Affidavit of Tracie Keillor filed in support of Everest National's Opposition to County of Sacramento's Motion for Partial Summary Judgment, is hereby ordered sealed <u>for one year from the date of this order</u>;

12. Electronic access to the above sealed documents shall be limited to the counsel for County of Sacramento and counsel for Everest National, in addition to the court and authorized court personnel. The parties are free to seek extension of this seal order as the unsealing date approaches.

IT IS SO ORDERED:

Dated: May 4, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3062 45344 4815-9892-7380 .v1