UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  Eastern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:19-CV-00263-MCE-DB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: February 11, 2019

Date of judgment or order you are appealing: January 19, 2022

Docket entry number of judgment or order you are appealing: No. 66 & 67

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes ☐ No ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

County of Sacramento

Is this a cross-appeal? ☐ Yes ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Pamela K. Graham         **Date** February 16, 2022

*'Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**          American LegalNet, Inc. www.FormsWorkFlow.com          *Rev. 12/01/2021*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
County of Sacramento

Name(s) of counsel (if any):
Michael G. Colantuono (State Bar No. 143551)
Pamela K. Graham (State Bar No. 216309)
Colantuono, Highsmith & Whatley, PC

Address: 420 Sierra College Drive, Suite 140, Grass Valley, CA 95945

Telephone number(s): (530) 432-7357

Email(s): MColantuono@chwlaw.us; PGraham@chwlaw.us

Is counsel registered for Electronic Filing in the 9th Circuit? ☒ Yes ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Everest National Insurance Company

Name(s) of counsel (if any):
Sheryl Weinberger Leichenger (State Bar No. 161688)
James Ronald Tenero (State Bar No. 201023)
Selman Breitman LLP

Address: 11766 Wilshire Blvd., 6th Floor, Los Angeles, CA 90025

Telephone number(s): (310) 445-0800; (415) 979-0400

Email(s): sleichenger@selmanbreitman.com; jtenero@selmanbreitman.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**   1   American LegalNet, Inc. www.FormsWorkFlow.com   *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ☐ Yes ☐ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6      2      American LegalNet, Inc. www.FormsWorkFlow.com      *New 12/01/2018*

**CERTIFICATE OF SERVICE**
*County of Sacramento v. Everest National Insurance Company.*
United States District Court, Eastern District
Case No. 2:19-cv-00263-MCE-DB

I, Lourdes Hernandez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 790 East Colorado Boulevard, Suite 850, Pasadena, California 91101. My email address is: LHernandez@chwlaw.us. On February 16, 2022, I served the document(s) described as **NOTICE OF APPEAL FROM A JUDGMENT AND REPRESENTATION STATEMENT,** on the interested parties in this action addressed as follows:

☒ **BY ELECTRONIC TRANSMISSION**: I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District by using the CM/ECF system on February 16, 2022. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC, Eastern District CM/ECF system.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 16, 2022, at Pasadena, California.

_____
Lourdes Hernandez

*Case No.* :19-cv-00263-MCE-DB
**CERTIFICATE OF SERVICE**